UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Counsel for Eastampton Town Ctr.**

In Re:
Tamara Murray

Case No.: 26-21131

Chapter: 13

Hearing Date: December 23, 2026

Judge: O'Hagan

**NOTICE OF MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

TAKE NOTICE that the undersigned will apply to the above named Court, at 402 E. State Street, Courtroom #2, Trenton, NJ 08608 on December 23, 2026 at 9:00 a.m. o'clock, or as soon thereafter as counsel may be heard, for an order to initiate or resume an action in the state court of New Jersey for possession of the premises rented by the debtor located at: 71 Sawyer Avenue, Mt. Holly, NJ 08060

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at , a written response explaining your position no later than 7 days prior to the hearing date.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven (7) days prior to the hearing date.

A copy of your response must also be mailed to: Albert Russo, Esquire, CN 4853, Trenton, NJ 08650

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: November 23, 2026 GREENBLATT,LIEBERMAN, RICHARDS &WEISHOFF
*BY:/S/ MICHAEL S. GREENBLATT, ESQ.*
MICHAEL S. GREENBLATT, ESQUIRE