| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Greenblatt, Lieberman, Richards & Weishoff, LLC**<br>**203 High Street**<br>**Mount Holly, New Jersey 08060**<br>**Tel. (856)429-1050**<br>**Fax. (609) 267-1305**<br>**Email: michael@gllawoffice.com**<br>**Counsel for Eastampton Town Ctr.** | |
|---|---|
| In Re: Tamara Murray | Case Number: 26-1131<br>Chapter: 13<br>Hearing Date: December 23, 2026<br>Judge: O'Hagan |

**CERTIFICATION OF LANDLORD IN SUPPORT**
**OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Ashley Tomasetto, being of full age hereby certifies:

1. I am the Property Manager for Eastampton Town Center Apartments and am fully familiar with the facts of the instant matter
2. The debtor(s) is/are tenant(s) pursuant to a lease agreement for property located at 71 Sawyer Drive, Mt. Holly, NJ. The monthly rental payment is $882.00 per month and late fee of $50.00 per month.
3. Presently, the debtor has post-petition arrears due as follows:

POST PETITION

| | |
|---|---|
| October & November 2026 rent | $1764.00 |

| | |
|---|---|
| Late fee October & November | $100.00 |
| Attorney's Fees & Court Costs: | $849.00 |
| TOTAL AMOUNT DUE: | $2,713.00 |

5. Based on the above, Creditor, respectfully requests an Order vacating the Automatic Stay to proceed with an eviction action in this matter.

6. This Certification is made in support of the creditors Motion to Vacate the Automatic Stay.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/S/ Ashley Tomasetto

Date: November 23, 2026

_______________________________

Ashley Tomasetto