UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Email: michele@njevictionlaw.com**
**Counsel for: Eastampton Town Ctr.**

In Re:
Khadijah Bateman

Case No.: 26-21131

Chapter: 13

Adv. No.: ____________

Hearing Date: December 23, 2206

Judge: O'Hagan

**CERTIFICATION OF SERVICE**

1. I, Michele C. Veneri I am the secretary/paralegal for Greenblatt, Lieberman, Richards & Weishoff.

2. On November 23, 2026 I sent a copy of the Creditor's Motion to Vacate Stay, Order & Certification to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 23, 2026 /S/Michele C. Veneri

Date: ____________________ MICHELE C. VENERI

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo,Esq<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tamara Murray<br>71 Sawyer Avenue<br>Mt. Holly, NJ 08060 | Debtor | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Assad<br>923 Haddonfield Road Suite #336<br>Cherry Hill, NJ 08002 26-21131 | Debtors attorney | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |