UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBLATT, LIEBERMAN, RICHARDS & WEISHOFF**
**203 HIGH STREET**
**MT. HOLLY, NJ 08060**
**(609)267-1301**
**Email: michele@njevictionlaw.com**
**Counsel for: Eastampton Town Ctr.**

In Re:
Tamara Murray

Case No.: 26-21131

Chapter: 13

Adv. No.:

Hearing Date: December 23, 20226

Judge: O'Hagan

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

× Real property more fully described as71 Sawyer Avenue, Mt. Holly, NJ 08060

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance in this matter.